(June 14, 1967)

Amos H. Bojo et al., Respondents, v. State of New York, Appellant. (Claim Nos. 39898, 42910, 42439.) — *Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*

In the Matter of the Claim of Carol J. Realmuto, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.